MILLRING, Appellant, v. KEITSCH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by William J. Millring against Marie

Keitsch and another. No opinion. Motion for reargument denied, with $10 costs. See 106 N. Y. Supp. 1137.